UNITED STATES DISTRICT COURT FOR THE

SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Information No. CR412-214 |
| | ) | |
| v. | ) | VIO: 18 U.S.C. 641 |
| | ) | Theft of Government |
| **RICHARD L. COOK** | ) | Property |

## COUNT ONE

THE UNITED STATES ATTORNEY CHARGES:

That on or about December 6th, 2010, on Hunter Army Field, a special territorial jurisdiction of the United States and located in the Southern District of Georgia,

**RICHARD L. COOK**

did and willfully embezzle, steal, purloin, or knowingly convert to his use or the use of another of any record, voucher, money or thing of value of the United States or of any department or agency thereof by submitting a fraudulent claim requesting payment for moving expenses, in violation of Title 18, United States Code, Section 641.

EDWARD J. TARVER
UNITED STATES ATTORNEY

Tania Groover
Assistant U.S. Attorney

S. Tennaile Timbrook
Special Assistant U.S. Attorney
Missouri Bar 57208

Rob Mactaggart
Special Assistant U.S. Attorney
Nebraska Bar 21040